# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943
Fax: (414) 271-9344
www.chapter13Milwaukee.com

P. O. Box 510920
Milwaukee, WI 53203
info@chapter13milwaukee.com

December 29, 2016

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Dear Clerk of the US Bankruptcy Court: 12-29728

Enclosed please find check # 1317480 in the amount of $2,515.45.

Please deposit these funds as unclaimed funds, as they were returned by the United States
Postal Service or were uncashed by the original payee.

Thank you,


OFFICE OF CHAPTER 13 TRUSTEE

*Mary B. Grossman*

Mary B. Grossman, Chapter 13 Standing Trustee

MBG

cc: file

FILED - MAIL
2017 JAN -3 AM 11:09
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI